# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Loretta Blakeney-Herron ,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:11-cv-00127-MR |
| | ) | 3:08-cr-00259-RJC-1 |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 6, 2013 Order.

September 6, 2013

Frank G. Johns, Clerk
United States District Court